1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No.: SACR 13-00118-CJC |
| Plaintiff, ) | |
| vs. ) | |
| **ROBERT BRANDON MAWHINNEY,** ) | **ORDER OF REVOCATION AND DETENTION** |
| Defendant. ) | |

The Court revokes the order of release and detains the defendant pending further proceedings in this case. The Court finds that there is probable cause to believe that the defendant committed the federal crime of making a false statement to a federally insured financial institution while he was on release. More specifically, the defendant submitted a credit card application to Schools First Federal Credit Union ("Schools FFCU") on which he falsely stated that he had a gross monthly income of $22,500 and that he owned his home for 170 months. The defendant knew these statements were false but nevertheless made them to induce Schools FFCU, which is insured by the National Credit

1  Administration Board, to approve his application for credit.  This crime was the very
2  same crime that the defendant had pled guilty to only one day before.

3       The Court also finds that the defendant has failed to rebut the presumption that no
4  condition or combination of conditions will assure that he will not pose an economic
5  danger to the safety of another person or the community.  The defendant has
6  demonstrated that he is unable to control his fraudulent behavior.  His original arrest did
7  not stop him.  The filing of five serious felony counts did not stop him.  His prior
8  promises to the Court not to commit any crime as part of the Court's earlier release order
9  did not stop him.  The likelihood of serving a significant prison sentence for the crimes
10 he pleaded guilty to one day before did not stop him.  Detaining the defendant is the only
11 sure way to keep people and the community safe.

12      The Court also finds that the defendant is now a serious flight risk and that there is
13 no condition or combination of conditions that will assure his appearance as required.
14 First, the defendant has been convicted of very serious felony charges and he is now
15 facing a significant prison sentence.  Second, the Court has concerns about the
16 defendant's character for honesty and integrity.  He himself has admitted that he deceives
17 other people and the community for his own financial gain.  Third, the defendant's ties to
18 this district are not strong.  He owns no property, has no significant money or steady
19 employment and has no wife or children that reside here.  Detaining the defendant is the
20 only reasonable way to assure that he will show up for his sentencing.

21      IT IS THEREFORE ORDERED that the defendant's pretrial release be revoked
22 and that he be detained prior to sentencing.

23      IT IS FURTHER ORDERED that the defendant be afforded reasonable
24 opportunity for private consultation with counsel.

25      IT IS FURTHER ORDERED that, on order of a Court of the United States or on
26 request of any attorney for the Government, the person in charge of the corrections
27 facility in which the defendant is confined deliver him to a United States marshal for the
28 purpose of an appearance in connection with any court proceeding.

1  IT IS ORDERED that the Clerk deliver a copy of this Order of Revocation and
2  Detention to the U.S. Marshal and the U.S. Pretrial Services Office.

4  DATED:     May 16, 2013

   _____
6                          CORMAC J. CARNEY
7                    UNITED STATES DISTRICT JUDGE

8  FILED:  May 16, 2013
9  TERRY NAFISI, CLERK OF COURT
10 by   Michelle Urie
11      Deputy Clerk